UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 26, 2020
David J. Bradley, Clerk

Lisa Powell, *ex rel.*, *et al.*, §
§
Plaintiffs, §
§
*versus* § Civil Action H-16-1419
§
Lubor Jarolimek, *et al.*, §
§
Defendants. §

## Order to Report

By November 13, 2020, the parties must jointly report the settlement, or if no settlement is attained, the next steps to advance the litigation.

Signed on October 26, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge