**In the United States District Court**
**for the Southern District of Texas**
**Houston Division**

| | |
|---|---|
| **United States of America ex rels.** **Lisa Powell and Marybel Picazo,** Plaintiff | |
| v. | **Civil Action No. 4:16-cv-01419** |
| **Dr. Lubor Jarolimek and Orthopedic Care Center,** Defendant | |

## The Parties' Joint Report to the Court

Relators Lisa Powell and Marybel Picazo and Defendants Lubor Jarolimek, M.D., and Orthopedic Care Center submit this joint report to the Court.

1.      As reported previously to the Court, the parties continue settlement negotiations. The parties have not reached a settlement to date.

2.      Relators have requested complete patient files because Realtors believe this information is needed so they can fully evaluate and hopefully settle the claims herein. Realtors also believe that this material will be needed for the Government and the Court to approve any settlement the parties are able to reach. As the Court may recall, while Defendants produced Orthopedic Care Center's electronic back-up transcription records for certain patients (also in electronic form), Defendants have stated that they are unable to produce the balance of such patients' files due to damages caused by Hurricane Harvey. Accordingly, Relators are seeking patient records directly from Medicare by way of  a third-party subpoena for same. In order to facilitate this third-party production of patient files, the parties are asking the Court to enter a proposed protective order that contains certain required language.

3.     Relators submitted the subpoena in proper format and have been in contact with the attorney for Medicare/CMS to define scope of the discovery responses, and address Privacy Act and HIPAA concerns. Unfortunately, the Medicare/CMS attorney was unavailable for a period of time due to a medical condition. However, Counsel for Relators was recently able to connect with the Medicare/CMS attorney, who requested that certain language be included in a proposed protective order. The Medicare/CMS attorney indicated once the Court signs the proposed protective order containing this language, Medicare/CMS will produce the requested records.

4.     Accordingly, the parties will file a proposed protective order with the Court for review and entry, as appropriate.

5.     Relators respectfully request the Court to continue to allow this discovery to take place. Further, Relators request that the Court set a new deadline to report the status of settlement negotiations and discovery for May 1, 2021. Defendants seek finality and closure of this matter, and request the opportunity to file a dispositive motion as to this matter and/or to have a trial date set.

Respectfully submitted,

**Meade & Neese LLP**

*/s/ Wayne Collins*
D. John Neese, Jr.
Texas Bar No. 24002678
Samuel B. Haren
Texas Bar No. 24059899
Wayne D. Collins
Texas Bar No. 00796384
2118 Smith Street
Houston, Texas 77002
Tel: (713) 355-1200
jneese@meadeneese.com
sharen@meadeneese.com
kreis@meadeneese.com

**Attorneys for Plaintiffs**

**Kane Russell Coleman & Logan PC**

*/s/ Andrea M. Johnson*
Andrea M. Johnson
Attorney in Charge
State Bar of Texas No. 10679600
Southern District of Texas No. 10679600
5051 Westheimer, Tenth Floor
Houston, Texas 77056
Tel: (713) 425-7433
Fax: (713) 425-7700
ajohnson@krcl.com

**Attorney for Defendants
Lubor Jarolimek and
Orthopedic Care Center, PA**

## Certificate of Service

I hereby certify that on March 26, 2021, a true and correct copy of the foregoing has been served *via* the Court's ECF System and via email as follows:

Andrea M. Johnson                          *Via ECF*
Kane Russell Coleman & Logan PC
5051 Westheimer, Tenth Floor
Houston, Texas 77056

James Ardoin                                *Via ECF*
ArdoinLaw, PPLC
2118 Smith
Houston, TX 77002

Andrea E. Belgau                          *Via ECF*
Assistant United States Attorney
1000 Louisiana, #2300
Houston, TX 77002
Andrea.belgau@usdoj.gov

Cynthia Lu                                 *Via ECF*
Assistant Attorney General
Susan Arenella
Assistant Attorney General
Office of the Texas Attorney General
Civil Medicaid Fraud Division
P. O. Box 12548
Austin, TX 78711-2548
Cynthia.lu@texasattorneygeneral.gov

*/s/ Wayne Collins*
Wayne Collins