| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas

**ENTERED**
March 31, 2021
Nathan Ochsner, Clerk

Lisa Powell, *ex rel.*, *et al.*, §
§
Plaintiffs, §
§
versus § Civil Action H-16-1419
§
Lubor Jarolimek, *et al.*, §
§
Defendants. §

# Order

1. By April 16, 2021, the parties must give the court the proposed protective order.

2. By April 30, 2021, the parties must jointly report the status of settlement and discovery and the next steps to advance the litigation

Signed on March 31, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge