UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
June 08, 2021
Nathan Ochsner, Clerk

_Lisa Powell_ §
§
versus §   Civil Action 4: _16-1419_
§
_Lubor Jarolimek_ §
§

## Conference Memorandum

Counsel:                                    Representing:

_Wayne Collins_                             _P. Powell_

_Andrea Johnson_                            _D. Jarolimek_

Date: _June 7, 2021_                        Reporter: _Dye_

Started: _4:10 p.m._                        Ended: _4:29 p.m._

At the conference, these rulings were made:

_____

_____

☑ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 2021.
☐ A hearing is set for: _____ on _____, 2021.
☐ Trial preparation to be completed by: _____, 2021.
☐ A trial is set for: _____ on _____, 2021.
   ☐ Bench   ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 2021.
☐ Internal review deadline _____, 2021.

Lynn N. Hughes
United States District Judge