| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
June 08, 2021
Nathan Ochsner, Clerk

Lisa Powell, *ex rel.*, *et al.*, §
§
Plaintiffs, §
§
*versus* § Civil Action H-16-1419
§
Lubor Jarolimek, *et al.*, §
§
Defendants. §

## Order to Report

1. If by July 2, 2021, Medicare and Medicaid have not given the subpoenaed records, Lisa Powell must report this to the court, and the court will take the appropriate action to help accelerate the process.

2. If the records have been given, by July 16, 2021, the parties must jointly report the status of the case and the next steps to advance the litigation.

3. Either report must include a statistical analysis of the projected damages.

Signed on June 8, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge