UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 09, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Lisa Powell, *ex rel.*, *et al.*, § § § | |
| Plaintiffs, § § | |
| *versus* § | Civil Action H-16-1419 |
| § § | |
| Lubor Jarolimek, *et al.*, § § | |
| Defendants. § | |

## Order to Report

By October 22, 2021, the parties must jointly report: (a) the status of the case, (b) a brief analysis of the data received from Medicare and Medicaid, and (c) concrete and targeted next steps to advance the litigation.

Signed on August 9, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge