In the United States District Court
for the Southern District of Texas
Houston Division

| | |
|---|---|
| **United States of America ex rels. Lisa Powell and Marybel Picazo,**     Plaintiff, <br><br> v. <br><br> **Dr. Lubor Jarolimek and Orthopedic Care Center,**     Defendant. | **Civil Action No. 4:16-cv-01419** |

### The Parties' April 21, 2022 Joint Report to the Court

Relators Lisa Powell and Marybel Picazo and Defendants Lubor Jarolimek, M.D., and Orthopedic Care Center (the "Parties") submit this joint report to the Court.

1. Relators are pleased to inform the Court that their review of the over 30,000 pages of documents produced by Medicare is complete. Relators are finalizing a detailed summary and analysis of the Medicare production that will be provided to the Court upon request.

2. Defendants have requested that Relators provide their summary and analysis to Defendants. Upon receipt, Defendants seek an additional 120 days to complete their own review and to provide their response and input concerning the Medicare documents. Relators do not oppose Defendants' 120-day request and agree that it is a reasonable timeframe for review and response given the wide-ranging issues and alleged damages in this case.

3. The Parties remain committed to bringing closure to this matter, and the exchange of this data, now completed, will greatly assist in that effort.

For these reasons, the Parties respectfully request that the Court allow additional time (120 days) for the Defendants to review Plaintiff's summary and analysis and complete their review

and analysis the Medicare documents in issue. Thereafter, the Parties will provide a substantive joint report to the Court along with a proposed plan for moving forward.

Respectfully submitted,

**Meade Neese & Barr LLP**

/s/ D. John Neese, Jr.
D. John Neese, Jr.
Texas Bar No. 24002678
Samuel B. Haren
Texas Bar No. 24059899
Leann Pinkerton
Texas Bar No. 24038826
2118 Smith Street
Houston, Texas 77002
Tel: (713) 355-1200
jneese@mnbllp.com
sharen@mnbllp.com
lpinkerton@mnbllp.com

**Attorneys for Plaintiffs**

**Kane Russell Coleman Logan PC**

/s/ Andrea M. Johnson
Andrea M. Johnson
Texas Bar No. 10679600
5051 Westheimer, Tenth Floor
Houston, Texas 77056
Tel: (713) 425-7433
Fax: (713) 425-7700
ajohnson@krcl.com

**Attorney for Defendants**

**Certificate of Service**

  I hereby certify that on April 21, 2022, a true and correct copy of the foregoing has been served *via* the Court's ECF System and via email as follows:

| | |
|---|---|
| Andrea M. Johnson<br>Kane Russell Coleman Logan PC<br>5051 Westheimer, Tenth Floor<br>Houston, TX 77056 | *Via ECF* |
| James Ardoin<br>ArdoinLaw, PPLC<br>2118 Smith<br>Houston, TX 77002 | *Via ECF* |
| Andrea E. Belgau<br>Assistant United States Attorney<br>1000 Louisiana, #2300<br>Houston, TX 77002<br>Andrea.belgau@usdoj.gov | *Via ECF* |
| Cynthia Lu<br>Assistant Attorney General<br>Susan Arenella<br>Assistant Attorney General<br>Office of the Texas Attorney General<br>Civil Medicaid Fraud Division<br>P. O. Box 12548<br>Austin, TX 78711-2548<br>Cynthia.lu@texasattorneygeneral.gov | *Via ECF* |

              */s/ Leann M. Pinkerton*
              Leann M. Pinkerton