| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
April 25, 2022
Nathan Ochsner, Clerk

Lisa Powell, *ex rel.*, *et al.*, §
§
　　　　　Plaintiffs, §
§
*versus* 　　　　　　　　　　§　　Civil Action H-16-1419
§
Lubor Jarolimek, *et al.*, §
§
　　　　　Defendants. §

# Order to Report

By August 26, 2022, the parties must jointly report the status of their review of the Medicare documents.

Signed on April **25**, 2022, at Houston, Texas.

　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　United States District Judge