In the United States District Court
for the Southern District of Texas
Houston Division

| | |
|---|---|
| **United States of America ex rels. Lisa Powell and Marybel Picazo,**     **Plaintiff,**<br><br>v.<br><br>**Dr. Lubor Jarolimek and Orthopedic Care Center,**     **Defendants.** | **Civil Action No. 4:16-cv-01419** |

**The Parties' February 2023 Joint Report to the Court**

Pursuant to the Court's Order, Relators Lisa Powell and Marybel Picazo and Defendants Lubor Jarolimek, M.D., and Orthopedic Care Center (the "Parties") submit this joint report to the Court.

The Parties are mediating on April 19, 2023, with Trey Bergman of Bergman ADR Group. Originally, the mediation was scheduled for February 15, 2023. However, because counsel for Defendants was ill and could not attend the February 15 mediation, the Parties agreed to reschedule the mediation for April 19.

The Parties remain optimistic and believe that mediation is the most efficient and expedient manner for case resolution. The Parties will update the Court regarding the outcome of mediation at its conclusion.

Respectfully submitted,

**Meade Neese & Barr LLP**

*/s/ D. John Neese, Jr.*
D. John Neese, Jr.
Texas Bar No. 24002678
Samuel B. Haren
Texas Bar No. 24059899
Leann Pinkerton
Texas Bar No. 24038826
2118 Smith Street
Houston, Texas 77002
Tel: (713) 355-1200
jneese@mnbllp.com
sharen@mnbllp.com
lpinkerton@mnbllp.com

**Attorneys for Plaintiffs**

**Kane Russell Coleman Logan PC**

*/s/ Andrea M. Johnson*
Andrea M. Johnson
Texas Bar No. 10679600
5051 Westheimer, Tenth Floor
Houston, Texas 77056
Tel: (713) 425-7433
Fax: (713) 425-7700
ajohnson@krcl.com

**Attorney for Defendants**

## Certificate of Service

I hereby certify that on February 24, 2023, a true and correct copy of the foregoing has been served *via* the Court's ECF System and via email as follows:

Andrea M. Johnson                       *Via ECF*
Kane Russell Coleman Logan PC
5051 Westheimer, Tenth Floor
Houston, TX 77056

James Ardoin                            *Via ECF*
The Ardoin Law Firm, PC
12621 Featherwood Drive
Suite 322
Houston, TX 77034

Andrew A. Bobb                          *Via ECF*
Assistant United States Attorney
1000 Louisiana, #2300
Houston, TX 77002
Andrew.Bobb@usdoj.gov

Cynthia Lu                              *Via ECF*
Assistant Attorney General
Susan Arenella
Assistant Attorney General
Office of the Texas Attorney General
Civil Medicaid Fraud Division
P. O. Box 12548
Austin, TX 78711-2548
Cynthia.lu@texasattorneygeneral.gov

                                            */s/ Leann M. Pinkerton*
                                            Leann M. Pinkerton